No. 22-4072

# In the United States Court of Appeals for the Fourth Circuit

UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE,

v.

JORGE SANCHEZ-GARCIA, AKA JORGE SANCHEZ GARCIA, AKA JORGE GARCIA SANCHEZ, DEFENDANT-APPELLANT.

**MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 46(c), Amici Ingrid Eagly, David G. Gutiérrez, Mae Ngai, George J. Sánchez, Daniel Tichenor, and Devra Weber (the "Immigration Scholars") respectfully request the withdrawal of the appearance of Melina M. Meneguin Layerenza as counsel on their behalf. As of July 1, 2023, Ms. Meneguin Layerenza will no longer be affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP.

The Immigration Scholars have been provided notice of this withdrawal and will continue to be represented by remaining counsel of record from Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated: June 30, 2023

Respectfully submitted,

/s/ *Melina M. Meneguin Layerenza*
Melina Meneguin Layerenza
Paul, Weiss, Rifkind,
   Wharton & Garrison LLP
   *1285 Avenue of the Americas*
   *New York, NY 10019*
   *(212) 373-3000*

*Counsel for Immigration Scholars as Amici Curiae*

## CERTIFICATE OF SERVICE

I, Melina M. Meneguin Layerenza, counsel for Immigration Scholars as Amici Curiae and a member of the Bar of this Court, certify that, on June 30, 2023, a copy of this motion was filed electronically through the appellate CM/ECF system and that a resulting electronic notice was sent to all counsel of record.

/s/ *Melina M. Meneguin Layerenza*
MELINA M. MENEGUIN LAYERENZA